Form 1

**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

Name of United States District Court for the <u>Northern District of California</u>

Case Number <u>3:09-04211-JL</u>

<u>DANNIE A. GUERRERO</u>, Plaintiff,

v. **NOTICE OF APPEAL**

<u>GREENPOINT MORTGAGE FUNDING</u>, Defendant.

Notice is hereby given that <u>DANNIE A. GUERRERO and TRACEY POUEU-GUERRERO</u> (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the <u>order dismissing Complaint without leave to amend</u> (from the final judgment) ((from an order) (describe the order)) entered in this action on <u>November 19</u>, 200<u>9</u> (date).

_____
(Signature of appellant or attorney)

580 California Street, FL 16
San Francisco, CA 94104
_____
(Address of appellant or attorney)